# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Christel, David W. | Western District of Washington | 08/29/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (2016) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1717 Pacific Avenue
Rm 3124
Tacoma, WA 98402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager/Member | Amen Corner Management, LLC |
| 2. | Manager/Member | Blue Tee Management, LLC |
| 3. | Manager/Member | Double Cut Management, LLC |
| 4. | Manager/Member | Double Eagle Management, LLC |
| 5. | Manager/Member | First Cut Management, LLC |
| 6. | Manager/Member | Front Nine Management, LLC |
| 7. | Manager/Member | Kick Point, LLC |
| 8. | Manager/Member | Pelican Bay Management, LLC |
| 9. | Member | Rocklin Northwest, LLC |
| 10. | Member | Silver Lake RV Park, LLC |
| 11. | Attorney in Fact | Kelly E. Christel |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | David W. Christel Attorney at Law, PC (Old Receivables) | $23,085.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNITED STATES JUDGES | JANUARY 2016 | TACOMA, WASHINGTON | MOVING EXPENSES | TRANSPORTION AND GAS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Umpqua Bank (formerly Bank of the Cascades) | Mortgage on Commercial Rental (5% of property), Sunnybrook, OR (Pt VII, Line 239 and line 245) | M |
| 2. | Nonrecourse and Recourse Debts | Financing on MAJ Airport, LLC (8% interest), Vancouver, WA (Pt VII, Line 248) | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ACE LTD | A | Dividend | | | Distributed | 01/19/16 | J | | |
| 2. ACTAVIS PLC (Y) | | | | | | | | | |
| 3. ADIENT PLC | | None | | | Buy | 10/28/16 | J | | |
| 4. | | | | | Sold | 11/11/16 | J | A | |
| 5. AETNA | A | Dividend | | | Sold | 09/02/16 | J | D | |
| 6. ALASKA AIR | | None | | | Buy | 02/25/16 | J | | |
| 7. | | | | | Sold | 05/17/16 | J | | |
| 8. ALLERGAN | | None | | | Sold | 06/21/16 | J | | |
| 9. ALPHABET INC CL A | | None | K | T | Buy (add'l) | 05/09/16 | J | | |
| 10. AMAZON COM | | None | K | T | | | | | |
| 11. AMGEN | A | Dividend | | | Sold | 06/08/16 | J | | |
| 12. ANADARKO PETE | A | Dividend | J | T | Buy | 06/17/16 | J | | |
| 13. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 14. APPLE | A | Dividend | K | T | Sold (part) | 06/28/16 | J | A | |
| 15. AUTOZONE | | None | | | Sold (part) | 08/25/16 | J | A | |
| 16. | | | | | Sold | 09/19/16 | J | A | |
| 17. AVAGO TECH | | None | | | Distributed | 02/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BANK OF AMERICA | A | Dividend | J | T | Sold (part) | 06/10/16 | K | | |
| 19. | | | | | Donated (part) | | | | |
| 20. BIOGEN | | None | J | T | Buy | 09/02/16 | J | | |
| 21. | | | | | Buy (add'l) | 09/21/16 | J | | |
| 22. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 23. BLACKROCK HI YIELD BD PTF INST | C | Dividend | L | T | Buy (add'l) | 02/17/16 | J | | |
| 24. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 25. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 26. | | | | | Sold (part) | 09/14/16 | J | | |
| 27. BLACKROCK | A | Dividend | K | T | | | | | |
| 28. BLACKSTONE GROUP | A | Int./Div. | J | T | | | | | |
| 29. BOEING | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 30. BRISTOL MYERS SQUIBB | A | Dividend | | | Sold | 08/08/16 | J | | |
| 31. BROADCOM | A | Dividend | K | T | Buy | 09/02/16 | J | | |
| 32. CBS CORP NEW CL B SHARES | A | Dividend | | | Buy | 06/01/16 | J | | |
| 33. | | | | | Sold | 08/25/16 | J | | |
| 34. CF INDUSTRIES HOLDINGS | | None | | | Sold | 01/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CITI PLUS ON THE S&P GSCI CRUDE OIL INDEX EXCESS RETURN RATE (Y) | | | | | | | | | |
| 36. CHEVRON | | None | J | T | Buy | 11/16/16 | J | | |
| 37. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 38. CHUBB (X) | A | Dividend | K | T | | | | | |
| 39. CONSTELLATION BRANDS INC CL A | A | Dividend | J | T | Buy | 06/01/16 | J | | |
| 40. | | | | | Buy (add'l) | 06/18/16 | J | | |
| 41. COSTCO WHOLESALE CORP NEW | A | Dividend | J | T | Donated (part) | | | | |
| 42. | | | | | Buy (add'l) | 05/09/16 | J | | |
| 43. CVS CAREMARK CORP | A | Dividend | | | Sold (part) | 06/20/16 | J | C | |
| 44. | | | | | Donated (part) | | | | |
| 45. | | | | | Sold | 11/17/16 | J | B | |
| 46. DANAHER CORPORATION | A | Dividend | J | T | | | | | |
| 47. DELPHI AUTOMOTIVE PLC | A | Dividend | | | Sold (part) | 01/12/16 | J | A | |
| 48. | | | | | Sold | 02/03/16 | J | | |
| 49. DELTA AIRLINES INC NEW | A | Dividend | | | Sold (part) | 01/28/16 | J | A | |
| 50. | | | | | Sold | 06/02/16 | J | B | |
| 51. DEVON ENERGY | A | Dividend | J | T | Buy | 08/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. DISCOVER FINANCIAL SERVICES | | None | J | T | Buy | 12/08/16 | J | | |
| 53. EDWARD LIFESCIENCES | | None | J | T | Buy | 06/01/16 | J | | |
| 54. | | | | | Buy<br>(add'l) | 08/08/16 | J | | |
| 55. | | | | | Buy<br>(add'l) | 09/02/16 | J | | |
| 56. ENERGY SEL SECT SPDR FUND | A | Dividend | K | T | | | | | |
| 57. ENERGY TRANSFER PARTNERS LP | A | Interest | J | T | | | | | |
| 58. ENTERPRISE PROD PARTNERS LP | A | Interest | J | T | | | | | |
| 59. ESTEE LAUDER CO INC CLA | A | Dividend | K | T | | | | | |
| 60. FACEBOOK INC CL-A | | None | J | T | Sold<br>(part) | 02/05/16 | J | A | |
| 61. FIDELITY ADV TOTAL BOND I | B | Dividend | L | T | Buy<br>(add'l) | 02/17/16 | J | | |
| 62. | | | | | Buy<br>(add'l) | 02/22/16 | J | | |
| 63. | | | | | Buy<br>(add'l) | 03/29/16 | J | | |
| 64. FIRST TRUST HEALTH CARE ALPHA<br>ETF | | None | | | Sold<br>(part) | 01/29/16 | K | D | |
| 65. | | | | | Buy<br>(add'l) | 02/17/16 | J | | |
| 66. | | | | | Sold<br>(part) | 02/18/16 | K | D | |
| 67. | | | | | Sold | 03/17/16 | K | D | |
| 68. FIRST TRUST LARGE CAP VALUE | A | Dividend | K | T | Buy | 03/17/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | FORTIVE (X) | A | Dividend | | | Sold | 11/17/16 | J | A | |
| 70. | GOLDMAN SACHS | A | Dividend | | | Sold | 05/17/16 | J | | |
| 71. | GUGGENHEIM S&P 500 EQU WEIGHT | | None | | | Sold | 01/12/16 | L | | |
| 72. | HALLIBURTON | A | Dividend | J | T | Buy | 06/01/16 | J | | |
| 73. | | | | | | Buy (add'l) | 06/30/16 | J | | |
| 74. | HONEYWELL INTERNATIONAL | A | Dividend | K | T | | | | | |
| 75. | INTERNATIONAL BUSINESS MACHINES | A | Dividend | J | T | Buy | 08/10/16 | J | | |
| 76. | INVESCO | | None | J | T | Buy | 11/16/16 | J | | |
| 77. | | | | | | Buy (add'l) | 12/20/16 | J | | |
| 78. | IRONWOOD INSTITUTE MS | B | Dividend | M | T | | | | | |
| 79. | ISHARES EDGE MSCI US MOMENTUM | B | Dividend | M | T | Buy (add'l) | 01/06/16 | K | | |
| 80. | | | | | | Buy (add'l) | 01/12/16 | K | | |
| 81. | | | | | | Buy (add'l) | 02/17/16 | J | | |
| 82. | | | | | | Buy (add'l) | 02/22/16 | J | | |
| 83. | | | | | | Sold (part) | 03/04/16 | K | | |
| 84. | ISHARES N AMERICAN TECH ETF | A | Dividend | | | Buy (add'l) | 02/22/16 | J | | |
| 85. | | | | | | Sold | 05/17/16 | L | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   ISHARES S&P 100 ETF | | None | | | Buy (add'l) | 02/17/16 | J | | |
| 87. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 88. | | | | | Sold | 03/04/16 | L | | |
| 89.   ISHARES US CONSUMER SER ETF | A | Dividend | | | Sold (part) | 02/18/16 | J | | |
| 90. | | | | | Sold | 05/17/16 | K | | |
| 91.   ISHARES EDGE MSCI US QLTY FAC | C | Dividend | M | T | Buy (add'l) | 01/12/16 | K | | |
| 92. | | | | | Buy (add'l) | 01/29/16 | K | | |
| 93. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 94. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 95. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 96. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 97. | | | | | Buy (add'l) | 02/24/16 | J | | |
| 98. | | | | | Sold (part) | 06/30/16 | J | A | |
| 99. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 100. | | | | | Sold (part) | 10/27/16 | L | C | |
| 101.   JOHNSON CONTROLS INTERNATIONAL PLC | | None | J | T | Buy | 11/17/16 | J | | |
| 102.   JPMORGAN CHASE | A | Dividend | K | T | Buy (add'l) | 02/05/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/16/16 | J | B | |
| 104. LIBERTY MEDIA CORP SER C | | None | | | Sold | 04/11/16 | K | A | |
| 105. LOWES COMPANIES | A | Dividend | | | Sold | 10/19/16 | J | | |
| 106. LYONDELLBASELL NV CL-A | A | Dividend | | | Sold (part) | 01/12/16 | J | A | |
| 107. | | | | | Sold | 06/08/16 | J | A | |
| 108. MASTERCARD CL A | A | Dividend | | | Sold | 09/02/16 | J | A | |
| 109. MCKESSON | A | Dividend | | | Sold | 09/19/16 | J | C | |
| 110. MEDTRONIC | A | Dividend | J | T | | | | | |
| 111. MICRON TECH | | None | K | T | Buy | 06/28/16 | J | | |
| 112. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 113. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 114. MICROSOFT | A | Dividend | K | T | Buy (add'l) | 01/28/16 | J | | |
| 115. MOODY'S | | None | | | Sold | 02/05/16 | J | | |
| 116. MS 8.15% CNTG COUPON NOTE LINKED TO S&p 500 RATE | B | Interest | K | T | | | | | |
| 117. MORGAN STANLEY BANK ACCOUNT #1 | A | Interest | J | T | | | | | |
| 118. MORGAN STANLEY BANK ACCOUNT NUMBER #2 | A | Interest | J | T | | | | | |
| 119. MORGAN STANLEY BANK ACCOUNT #3 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MORGAN STANLEY BANK ACCOUNT #4 | A | Interest | K | T | | | | | |
| 121. MORGAN STANLEY BANK ACCOUNT #5 (Y) | | | | | | | | | |
| 122. MORGAN STANLEY BANK ACCOUNT #7 | C | Interest | K | T | | | | | |
| 123. MORGAN STANLEY BANK ACCOUNT #8 (Y) | | | | | | | | | |
| 124. NEWELL BRANDS | A | Dividend | J | T | Buy | 08/04/16 | J | | |
| 125. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 126. NEXTERA ENERGY | A | Dividend | J | T | Buy | 06/02/16 | J | | |
| 127. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 128. NIKE INC B | A | Dividend | | | Buy | 02/25/16 | J | | |
| 129. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 130. | | | | | Sold | 06/01/16 | J | | |
| 131. NUVEEN SYMP FLOATING RT INC I | B | Dividend | K | T | Buy (add'l) | 02/22/16 | J | | |
| 132. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 133. PALO ALTO NETWORKS | | None | | | Sold | 06/28/16 | J | | |
| 134. PANERA BREAD COMPANY CL A | | None | J | T | Buy | 06/01/16 | J | | |
| 135. PANDORA MEDIA | | None | | | Buy | 06/30/16 | J | | |
| 136. | | | | | Sold | 10/26/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PEPSICO | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 138. | | | | | Sold (part) | 06/08/16 | J | A | |
| 139. PG & E | A | Dividend | J | T | Buy | 06/02/16 | J | | |
| 140. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 141. PHILLIPS 66 | A | Dividend | | | Sold (part) | 01/12/16 | J | | |
| 142. | | | | | Sold | 06/17/16 | J | | |
| 143. PIMCO INCOME P | C | Dividend | L | T | Buy (add'l) | 02/22/16 | J | | |
| 144. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 145. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 146. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 147. PIMCO INVEST GRD CORP BOND P | B | Dividend | L | T | Buy | 03/15/16 | K | | |
| 148. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 149. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 150. POWERSHARES DWA CONSUMER STAPLES | | None | | | Buy (add'l) | 01/12/16 | J | | |
| 151. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 152. | | | | | Sold | 04/18/16 | K | | |
| 153. POWERSHARES QQQ TR | B | Dividend | M | T | Sold (part) | 02/03/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Sold (part) | 02/05/16 | J | A | |
| 155. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 156. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 157. | | | | | Buy (add'l) | 02/24/16 | J | | |
| 158. | | | | | Sold (part) | 03/04/16 | K | C | |
| 159. | | | | | Sold (part) | 06/30/16 | J | A | |
| 160. PROSHARES LARGE CAP CORE PLUS | C | Dividend | M | T | Buy (add'l) | 02/17/16 | J | | |
| 161. | | | | | Buy (add'l) | 02/18/16 | K | | |
| 162. | | | | | Sold (part) | 09/14/16 | J | B | |
| 163. PRUDENTIAL FINANCIAL | A | Dividend | | | Buy | 04/27/16 | J | | |
| 164. | | | | | Sold (part) | 06/02/16 | J | | |
| 165. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 166. | | | | | Sold (part) | 11/16/16 | J | A | |
| 167. | | | | | Sold | 12/14/16 | J | B | |
| 168. RAYTHEON | A | Dividend | K | T | Buy | 06/02/16 | J | | |
| 169. ROSS STORES | A | Dividend | K | T | Buy | 01/28/16 | J | | |
| 170. | | | | | Buy (add'l) | 03/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 172. SALESFORCE.COM | | None | | | Sold | 02/05/16 | J | | |
| 173. SBA COMMUNICATIONS | | None | | | Sold (part) | 02/05/16 | J | B | |
| 174. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 175. | | | | | Sold | 10/04/16 | J | D | |
| 176. SCHLUMBERGER | A | Dividend | K | T | Sold (part) | 01/12/16 | J | | |
| 177. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 178. | | | | | Buy (add'l) | 04/27/16 | J | | |
| 179. SEMPRA ENERGY | A | Dividend | | | Donated | | | | |
| 180. SKYBRIDGE MUL-ADVISOR SER G ADV | C | Dividend | M | T | | | | | |
| 181. SPDR S&P 500 ETF TRUST | C | Dividend | N | T | Buy | 02/22/16 | K | | |
| 182. | | | | | Buy (add'l) | 03/04/16 | M | | |
| 183. | | | | | Buy (add'l) | 04/18/16 | K | | |
| 184. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 185. | | | | | Buy (add'l) | 11/17/16 | K | | |
| 186. SPDR S&P REGIONAL BANKING ETF | | None | | | Sold (part) | 01/21/16 | K | | |
| 187. | | | | | Sold | 01/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. TCW GALILEO TOTAL RETURN BOND I | B | Dividend | M | T | Buy (add'l) | 02/02/16 | J | | |
| 189. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 190. | | | | | Buy (add'l) | 02/22/16 | J | | |
| 191. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 192. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 193. | | | | | Buy (add'l) | 11/17/16 | K | | |
| 194. TEMPLETON GLOBAL TOTAL RET C | A | Dividend | J | T | | | | | |
| 195. THE FINANCIAL SEL SECT SPDR FUND | | None | | | Buy (add'l) | 02/22/16 | J | | |
| 196. | | | | | Sold | 02/29/16 | K | | |
| 197. THERMO FISHER SCIENTIFIC | A | Dividend | J | T | Buy | 06/08/16 | J | | |
| 198. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 199. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 200. TRANSAMERICA MIDCAP VAL OPP A | A | Dividend | K | T | Buy | 10/27/16 | L | | |
| 201. TRIMTABS FLOAT SHRINK ETF | | None | | | Sold | 01/06/16 | K | | |
| 202. TYCO INTL PLC | A | Dividend | | | Buy | 03/04/16 | J | | |
| 203. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 204. | | | | | Buy (add'l) | 04/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 08/10/16 | J | A | |
| 206. | | | | | Distributed | 09/06/16 | J | | |
| 207. UNION PACIFIC | A | Dividend | | | Sold | 02/25/16 | J | | |
| 208. UNITED HEALTH GP | A | Dividend | K | T | | | | | |
| 209. VALERO ENERGY CP DELA NEW | A | Dividend | K | T | Buy | 10/04/16 | J | | |
| 210. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 211. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 212. VANGUARD FTSE EMERGING MARKETS | A | Dividend | | | Buy | 08/12/16 | K | | |
| 213. | | | | | Sold | 10/25/16 | K | A | |
| 214. VANTIV CL A | | None | J | T | Buy | 06/01/16 | J | | |
| 215. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 216. VERIZON COMMUNICATIONS | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 217. VIRTUS INSIGHT EMERG MARKETS I | A | Dividend | K | T | Buy | 10/25/16 | K | | |
| 218. VISA INC CL A | A | Dividend | K | T | | | | | |
| 219. VOYA FINL | A | Dividend | J | T | Buy | 10/27/16 | J | | |
| 220. WALT DISNEY CO HOLDING | | None | J | T | Buy | 11/16/16 | J | | |
| 221. | | | | | Buy (add'l) | 12/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. WASHINGTON FEDERAL | A | Dividend | | | Donated | | | | |
| 223. WILLIAMS | | None | | | Sold | 01/12/16 | J | | |
| 224. ZIMMER BIOMET HOLDINGS | A | Dividend | J | T | Buy | 06/08/16 | J | | |
| 225. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 226. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 227. AMEN CORNER MANAGEMENT, LLC (Y) | | | | | | | | | |
| 228. AVEC GK, LLC | D | Interest | L | T | | | | | |
| 229. BLUE TEE MANAGEMENT, LLC (X) | B | Interest | L | T | | | | | |
| 230. CHASE #1 | A | Interest | J | T | | | | | |
| 231. CHASE #2 (X) | A | Interest | K | T | | | | | |
| 232. COLUMBIA COMMUNITY CREDIT UNION ACCOUNT #1 | A | Interest | M | T | | | | | |
| 233. COLUMBIA COMMUNITY CREDIT UNION #2 (Y) | | | | | | | | | |
| 234. CLICK LOAN (Y) | | | | | | | | | |
| 235. THOMAS/CHRISTEL LOAN | B | Interest | K | T | | | | | |
| 236. SILVER LAKE RV PARK MANAGEMENT, LLC | D | Interest | K | T | | | | | |
| 237. RENTAL PROPERTY, VANCOUVER, WA (AMEN CORNER MGMT, LLC) | C | Rent | L | W | | | | | |
| 238. RENTAL PROPERTY, VANCOUVER, WA (BLUE TEE MGMT, LLC) | A | Rent | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. RENTAL PROPERTY, SUNNYBROOK, OR (DOUBLE CUT MGMT, LLC) | D | Rent | N | W | | | | | |
| 240. RENTAL PROPERTY VANCOUVER, WA (DOUBLE EAGLE MGMT, LLC) | C | Rent | M | W | | | | | |
| 241. RENTAL PROPERTY, VANCOUVER, WA (FIRST CUT MGMT, LLC) | C | Rent | L | W | | | | | |
| 242. RENTAL PROPERTY, VANCOUVER, WA (FRONT NINE MGMT, LLC) | D | Rent | J | W | | | | | |
| 243. RENTAL PROPERTY, BROOKLYN, NEW YORK (KICK POINT, LLC) | A | Rent | N | W | | | | | |
| 244. RENTAL PROPERTY, VANCOUVER, WA (NORTH SIDE, LLC) (Y) | | | | | | | | | |
| 245. RENTAL PROPERTY, SUNNYBROOK, OR (PELICAN BAY MGMT, LLC) | D | Rent | M | W | | | | | |
| 246. RENTAL PROPERTY, ROCKLIN, CA (ROCKLIN NW, LLC) | D | Rent | L | W | | | | | |
| 247. RENTAL PROPERTY, VANCOUVER, WA (SILVER LAKE RV, LLC) | A | Rent | M | W | | | | | |
| 248. RENTAL PROPERTY, PORTLAND, WA (MAJ AIRPORT, LLC) (X) | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, line 19, 210 Bank of America were donated on 12/13/16 to Trinity Presbyterian Church.

2) Part VII, line 41, 92 Costco Wholesale Corp New were donated on 4/29/16 to Trinity Presbyterian Church.

3) Part VII, line 44, 60 CVS Caremark Corp were donated on 10/11/16 to Trinity Presbyterian Church.

4) Part VII, line 79, we revised the description of asset to Ishares Edge MSCI US Momentum.

5) Part VII, line 91, we revised the description of asset to Ishares Edge MSCI QLTY FAC.

6) Part VII, line 179, 75 Sempra Energy were donated on 12/13/16 to Trinity Presbyterian Church.

7) Part VII, line 222, 500 Washington Federal Inc were donated on 12/13/16 to Trinity Presbyterian Church.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ David W. Christel

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544